■ E. RAYMOND FRANCHELL et al., Appellants, v ROBERT SIMS et al., Respondents.—Motion to clarify opinion and amend remittitur order granted to the extent that the opinion and remittitur order are amended to reflect that the judgment is reversed and a new trial granted solely on the issue of damages unless defendants stipulate to increase the amount of the verdict in the action. Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Doerr, JJ. [73 AD2d 1.]

## FIRST DEPARTMENT, MAY, 1980

### (May 1, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD GRIFFITH, Also Known as CLIFFORD GRIFF, Also Known as CARLTON GRIFFITH, Appellant.—Upon the remittitur of the Court of Appeals, judgment of the Supreme Court, New York County, rendered on September 10, 1976, unanimously affirmed. No opinion. Concur—Murphy, P. J., Birns, Sullivan, Lupiano and Silverman, JJ.